# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

| | |
|---|---|
| **LABETTE COUNTY MEDICAL CENTER,**<br><br>    Plaintiff,<br><br>    v.<br><br>**MICHAEL FARRIS, M.D.,**<br><br>    Defendant. | Case No. 2:21-cv-02598-HLT-GEB |

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

Pursuant to the Order (Doc. 21), this matter is dismissed without prejudice. This case is closed.

IT IS SO ORDERED.

SKYLER O'HARA
CLERK OF THE COURT

Dated: October 12, 2022                */s/  M. Deaton*
                                                     By Deputy Clerk